FILED

2018 JUL 27 PM 2: 57

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:

DENNIS RODRIGUEZ ;
PALOMA RODRIGUEZ
21227 GRANITE WELLS DR
WALNUT, CA 91789

Defendant, In Pro Per

PAID

Clerk, US District Court
COURT 4612

No
CU-30

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILLS ROAD HOLDINGS INC | Case No.: |
| | **CV18-06511-AB(KSx)** |
| Plaintiff, | NOTICE OF REMOVAL-FEDERAL QUESTION |
| vs. | |
| DENNIS RODRIGUEZ ; PALOMA RODRIGUEZ ; DOES 1 to 5 ; | |
| Defendant. | |

TO THE HONORABLE UNITED STATES DISTRICT COURT, THE CHIEF JUDGE, JUDGES, AND MAGISTRATE JUDGES OF THE COURT, THE CLERK OF THE COURT, AND ALL PARTIES AND COUNSEL ENTITLED TO NOTICE:

Pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446, Defendants, DENNIS RODRIGUEZ ; PALOMA RODRIGUEZ ("Defendants") filed this Notice of Removal of this case from the Superior Court of County of Los Angeles, to the United States District Court for the Central District of California.

- 1 -
Notice of Removal – Federal Question

In support of this Notice, Defendants each state as follows:

### Case Background and Foundation for Removal

1. About Feb 27,2018, Plaintiff MILLS ROAD HOLDINGS INC , ("Plaintiff") commenced an action in the Superior Court of California, County of Los Angeles, East Judicial District Courthouse, against Defendant, Case No.: 18CMUD00533 Plaintiff's Complaint seeks judgment against Defendant for possession of certain real property commonly known as 21227 GRANITE WELLS DR WALNUT, CA 91789 ("the Property"). Copies of the Summons and Complaint are attached to this Notice and collectively incorporated herein by reference as Exhibit A.

2. Defendant filed his Answer to the Complaint. The Answer denies that Plaintiff is entitled to possession of the Property. A copy of the Answer is attached to this Notice and incorporated herein by reference as Exhibit B.

3. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331. Further, this matter is one that may be removed to this Court pursuant to 28 U.S.C. § 1441 because it is a civil action arising under federal law and in which a federal statute is drawn in controversy.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a).

### Federal Question

5. Plaintiff. Plaintiff is a Limited Liability Company, authorized to do business within the state of California.

6. Defendant. Defendants DENNIS RODRIGUEZ ; PALOMA RODRIGUEZ  is an individual and resident Of Los Angeles County, California. By his/her signatures on this Notice, all Defendants who have been read and aknowledge content and concur to this removal.

7. Plaintiff's claim is based upon a notice which expressly references and incorporates

the "Protecting Tenants at Foreclosure Act of 2009," 12 U.S.C. § 5201.  Further, this statute is drawn in controversy in this action because the federal statute provides for a ninety (90) day notice period prior to the filing of any state eviction proceeding; Defendant asserts and alleges that Plaintiff did not allow the ninety day period to lapse before filing their claim.

### Other Issues

8.    This Notice of Removal is timely filed.  28 U.S.C. § 1446(b).

9.    This Notice of Removal has been served on Plaintiff's counsel.  A Notice of Filing of Notice of Removal to Federal Court will be filed in the Superior Court of California, County of Los Angeles  EAST JUDUCIAL DISTRICT COURT HOUSE as soon as practicable and proof of such filing will be filed with this Court.

### Conclusion

Because there is a federal question in which a statute of the United States is drawn in controversy in Plaintiff's claim, this Court has jurisdiction over Plaintiff's claim and Defendant is entitled to remove this case to this Court.

Respectfully submitted,

Dated: 7/27/18

DENNIS RODRIGUEZ
Defendant in proper

PALOMA RODRIGUEZ
Defendant in proper

- 3 -

Notice of Removal – Federal Question

# EXHIBIT A

**UD-105**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Dennis Rodriguez<br>21227 Granite Wells Drive<br>Walnut, CA 91789<br><br>TELEPHONE NO: 909-967-2127    FAX NO:<br>E MAIL ADDRESS:<br>ATTORNEY FOR (Name): Pro Per | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS 1427 West Covina Parkway
MAILING ADDRESS Same
CITY AND ZIP CODE West Covina, 91790
BRANCH NAME East Judicial District

Plaintiff: Mills Road Holdings, Inc.

Defendant: DENNIS RODRIGUEZ

| ANSWER—UNLAWFUL DETAINER | CASE NUMBER<br>18CMUD00533 |
|---|---|

1. Defendant (each defendant for whom this answer is filed must be named and must sign this answer unless his or her attorney signs). DENNIS RODRIGUEZ

   answers the complaint as follows:

2. **Check ONLY ONE of the next two boxes:**
   a. ☒ Defendant generally denies each statement of the complaint. (Do not check this box if the complaint demands more than $1,000.)
   b. ☐ Defendant admits that all of the statements of the complaint are true EXCEPT:
      (1) Defendant claims the following statements of the complaint are false (state paragraph numbers from the complaint or explain below or on form MC-025):    ☐ Explanation is on MC-025, titled as Attachment 2b(1).

      (2) Defendant has no information or belief that the following statements of the complaint are true, so defendant denies them (state paragraph numbers from the complaint or explain below or on form MC-025):
         ☐ Explanation is on MC-025, titled as Attachment 2b(2).

3. AFFIRMATIVE DEFENSES (NOTE: For each box checked, you must state brief facts to support it in item 3k (top of page 2).)
   a. ☐ (nonpayment of rent only) Plaintiff has breached the warranty to provide habitable premises.
   b. ☐ (nonpayment of rent only) Defendant made needed repairs and properly deducted the cost from the rent, and plaintiff did not give proper credit.
   c. ☐ (nonpayment of rent only) On (date): before the notice to pay or quit expired, defendant offered the rent due but plaintiff would not accept it.
   d. ☒ Plaintiff waived, changed, or canceled the notice to quit.
   e. ☐ Plaintiff served defendant with the notice to quit or filed the complaint to retaliate against defendant.
   f. ☐ By serving defendant with the notice to quit or filing the complaint, plaintiff is arbitrarily discriminating against the defendant in violation of the Constitution or the laws of the United States or California.
   g. ☐ Plaintiff's demand for possession violates the local rent control or eviction control ordinance of (city or county, title of ordinance, and date of passage):

      (Also, briefly state in item 3k the facts showing violation of the ordinance.)
   h. ☐ Plaintiff accepted rent from defendant to cover a period of time after the date the notice to quit expired.
   i. ☐ Plaintiff seeks to evict defendant based on acts against defendant or a member of defendant's household that constitute domestic violence, sexual assault, stalking, human trafficking, or abuse of an elder or a dependent adult. (A temporary restraining order, protective order, or police report not more than 180 days old is required naming you or your household member as the protected party or a victim of these crimes.)
   j. ☐ Other affirmative defenses are stated in item 3k.

Page 1 of 2

Form Approved for Optional Use<br>Judicial Council of California<br>UD-105 [Rev. January 2, 2014]

**ANSWER—UNLAWFUL DETAINER**

Civil Code, § 1940 et seq.<br>Code of Civil Procedure § 425.12, § 1161 et seq.<br>www.courts.ca.gov

**UD-105**

CASE NUMBER
18CMUD00533

3. AFFIRMATIVE DEFENSES (cont'd)

   k. Facts supporting affirmative defenses checked above (identify facts for each item by its letter from page 1 below or on form MC-025):

   [ x ] Description of facts is on MC 025, titled as Attachment 3k.
   Plaintiff agreed verbally to extend the time of occupancy until May 2018, after Notice was given.

4. OTHER STATEMENTS

   a. [ ] Defendant vacated the premises on (date):
   b. [ ] The fair rental value of the premises alleged in the complaint is excessive (explain below or on form MC-025):
      [ ] Explanation is on MC-025, titled as Attachment 4b.

   c. [ ] Other (specify below or on form MC-025 in attachment):
      [ ] Other statements are on MC-025, titled as Attachment 4c

5. DEFENDANT REQUESTS

   a. that plaintiff take nothing requested in the complaint.
   b. costs incurred in this proceeding.
   c. [ ] reasonable attorney fees.
   d. [ ] that plaintiff be ordered to (1) make repairs and correct the conditions that constitute a breach of the warranty to provide habitable premises and (2) reduce the monthly rent to a reasonable rental value until the conditions are corrected.
   e. [ ] Other (specify below or on form MC-025):
      [ x ] All other requests are stated on MC-025, titled as Attachment 5e.
      To retain occupancy until May 2018 as agreed

6. Number of pages attached. _____

## UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code §§ 6400—6415)

7. (Must be completed in all cases.) An unlawful detainer assistant [ ] did not    [ ] did    for compensation give advice or assistance with this form. (If defendant has received any help or advice for pay from an unlawful detainer assistant, state):

   a. Assistant's name:                          b. Telephone No.:

   c. Street address, city, and zip code:

   d. County of registration:        e. Registration No.:        f. Expires on (date):

(Each defendant for whom this answer is filed must be named in item 1 and must sign this answer unless his or her attorney signs.)

DENNIS RODRIGUEZ
          (TYPE OR PRINT NAME)                                   (SIGNATURE OF DEFENDANT OR ATTORNEY)


          (TYPE OR PRINT NAME)                                   (SIGNATURE OF DEFENDANT OR ATTORNEY)

## VERIFICATION

(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)

I am the defendant in this proceeding and have read this answer. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Date: 3/5/2018


          (TYPE OR PRINT NAME)                                   (SIGNATURE OF DEFENDANT)

**POS-040**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY        STATE BAR NO<br>NAME  DENNIS RODRIGUEZ<br>FIRM NAME<br>STREET ADDRESS  21227 Granite Wells Drive<br>CITY  Walnut                    STATE  CA      ZIP CODE  91789<br>TELEPHONE NO  909-967-2127        FAX NO<br>E-MAIL ADDRESS<br>ATTORNEY FOR (name)  Pro Per | FOR COURT USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  LOS ANGELES<br>STREET ADDRESS    1427 West Covina Parkway<br>MAILING ADDRESS   Same<br>CITY AND ZIP CODE      West Covina, 91790<br>BRANCH NAME   East Judicial District | |
| Plaintiff/Petitioner  MILLS ROAD HOLDINGS, INC | CASE NUMBER<br>18CMUD00533 |
| Defendant/Respondent: DENNIS RODRIGUEZ | JUDICIAL OFFICER |
| PROOF OF SERVICE—CIVIL<br>Check method of service (only one):<br>☐ By Personal Service    ☒ By Mail    ☐ By Overnight Delivery<br>☐ By Messenger Service    ☐ By Fax | DEPARTMENT |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age and not a party to this action.

2. My residence or business address is:

   1100 N. Tustin Ave., Suite 105, Anaheim, CA 92807

3. ☐ The fax number from which I served the documents is *(complete if service was by fax)*:

4. On *(date)*: 3/5/2018                    I served the following documents *(specify)*:
   UD-105 Answer Unlawful Detainer, pos-040 Proof of Service

   ☐ The documents are listed in the *Attachment to Proof of Service—Civil (Documents Served)* (form POS-040(D))

5. I served the documents on the person or persons below, as follows:
   a. Name of person served  Steven D. Silverstein, Esq.

   b. ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

   Business or residential address where person was served:
   14351 Redhill Ave., Suite G, Tustin, CA 92780

   c. ☐ *(Complete if service was by fax.)*

   Fax number where person was served:

   ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify)*:
   a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>POS-040 [Rev. February 1, 2017] | **PROOF OF SERVICE—CIVIL**<br>**(Proof of Service)** | Code of Civil Procedure, §§ 1011, 1013, 1013a,<br>2015.5; Cal. Rules of Court, rule 2.306<br>www.courts.ca.gov |

POS-040

| CASE NAME: | CASE NUMBER |
|---|---|
| Mills Road Holdings, Inc. v. Dennis Rodriguez | 18CMUD00533 |

6  b.  [ x ]  **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one):*

    (1)  [ x ]  deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2)  [   ]  placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

  c.  [   ]  **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

  d.  [   ]  **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

  e.  [   ]  **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

Date:  3/5/2018

Maria Garcia
    (TYPE OR PRINT NAME OF DECLARANT)

▶ _____
    (SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

### DECLARATION OF MESSENGER

[   ]  **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

Date:

_____
    (NAME OF DECLARANT)

▶ _____
    (SIGNATURE OF DECLARANT)

SUM-130

# SUMMONS
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER-EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE-DESALOJO)

| | FOR COURT USE ONLY |
| --- | --- |
| | (SOLO PARA USO DE LA CORTE) |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Dennis Rodriguez; Paloma Rodriguez; Does 1 to 5

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTA DEMANDANDO EL DEMANDANTE):*
Mills Road Mile One, LLC

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 o más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*    Case Number: BCMUD00533

   West Covina Courthouse
   1427 West Covina Parkway
   West Covina, CA 91790

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   Steven D. Silverstein          Steven D. Silverstein
   14351 Red Hill Ave., Suite D   (714) 832-3881
   Tustin, CA 92780

3. *(Must be answered in all cases.)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400-6415)   ☑ did not   ☐ did
   for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

| Date | Clerk, by | , Deputy |
| --- | --- | --- |
| *(Fecha)* 2-27-2018 | *(Secretario)* | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. ☐ as an individual defendant
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☐ as an occupant
   d. ☐ on behalf of (specify):   All occup__
      under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
             ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
             ☑ CCP 415.46 (occupant)    ☐ other (specify):
   5. ☐ by personal delivery on (date):

Page 1 of 2

**SUMMONS-UNLAWFUL DETAINER-EVICTION**     Code of Civil Procedure §§ 412.20, 415.46, 1167

Form Adopted for Mandatory Use     (LF) Essential     SUM-130 [Rev. July 1, 2009]
Judicial Council of California       ceb.com Forms

SUM-130

PLAINTIFF (Name): _____   CASE NUMBER

DEFENDANT (Name): _____

0.  **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant)*

a.  Assistant's name:

b.  Telephone no.:

c.  Street address, city, and ZIP:

d.  County of registration:

e.  Registration no.:

f.  Registration expires on *(date)*:

STEVEN D SILVERSTEIN
ATTORNEY AT LAW
14351 Redhill Ave. Suite C
Tustin, CA. 92780
714-832-3651
BAR NO: 86166

Attorney for Plaintiff

Superior Court of the State of California

County of Los Angeles   East Judicial District

Mills Road Holdings   Inc

Plaintiff

v

Dennis Rodriguez; Paloma Rodriguez;

DOES 1 TO 5;

Defendants.

Case No

Complaint for
Unlawful Detainer
[CCP SEC.1161a]

Possession
Under $10 000 00

Plaintiff   Mills Road Holdings   Inc   alleges:

1    Plaintiff   Mills Road Holdings   Inc   is a company (hereinafter Mills Road)

2    Defendant, Dennis Rodriguez; Paloma Rodriguez (collectively hereinafter RODRIGUEZ) is   and at all times relevant herein is   an individual residing within the jurisdiction of the Court

3    The true names and capacities of the Defendant sued herein as DOES 1 TO 5   are unknown to Plaintiff   who thereafter sued this Defendant by this fictitious name   Plaintiff will amend this Complaint to include the true names and capacities of this Defendant

Complaint                                    1

when the same have been ascertained. Plaintiff is informed and believes, and thereon alleges, that the fictitiously named Defendant claims a right under the named Defendant to possession of the premises against Plaintiff

4.    Defendant, RODRIGUEZ, herein, is the former owner of the premises

5.    On or about 1/30/18 the residential real property located 21227 GRANITE WELLS DRIVE, WALNUT  LOS ANGELES COUNTY  CA 91789 and situated in the above captioned judicial district (hereinafter PREMISES) was sold by way of a non-judicial foreclosure sale wherein which title of the PREMISES became vested with MILLS ROAD

6    Title to the PREMISES was duly acquired by reason of a trustee's non-judicial foreclosure sale in accordance with the terms of the deed of trust executed by Defendant, RODRIGUEZ  herein, or a person under whom Defendant claimed possession of the PREMISES   Said trustee's sale was duly conducted in accordance with the law after notice properly given, and more than three months thereafter  and having given such notice of the terms and place of said sale in accordance with the provisions of Section 2924 of the California Civil Code, said trustee did sell the PREMISES and executed and delivered to MILLS ROAD a deed thereto which contains the recital of compliance with law as set forth in Civil Code Section 2924   By reason thereof  title to the PREMISES has been duly perfected by MILLS ROAD.

7.    On or about 2/12/18  Plaintiff caused to be served upon the defendant a Three/Ninety Day Notice to Quit and deliver possession of the PREMISES (hereinafter NOTICE) stating that Plaintiff had purchased the PREMISES and that his title had been duly perfected and demanding the Defendant, RODRIGUEZ, quit the premises within three days after service

Complaint                                    2

of the NOTICE. Said NOTICE was served by posting a copy in a conspicuous place of the PREMISES therein described, there being no person of suitable age or discretion to be found at the PREMISES, and by depositing said copies in the United States Mail, in an envelope with postage fully prepaid, addressed to the Defendant, RODRIGUEZ, at the place where the PREMISES is located. A true and correct copy of the NOTICE is attached hereto as Exhibit 2 and incorporated herein by reference.

8. More than three days have elapsed since the service of said NOTICE upon the Defendant, RODRIGUEZ, and Defendant has failed and refused to deliver up possession and continues in possession of the PREMISES without Plaintiff's permission or consent.

9. The reasonable rental value of the PREMISES is $133.33 per day and the damages to Plaintiff proximately caused by Defendant, RODRIGUEZ's unlawful detention have accrued at that rate so long as Defendant remains in possession of the PREMISES.

10. Plaintiff will remit all sums in excess of the jurisdiction of this Court.

WHEREFORE, Plaintiff prays judgment as follows:

1. For restitution and possession of the PREMISES;

2. For $133.33 per day from 2/16/18 until entry of judgment;

3. For costs of suit incurred herein; and

4. For such other and further relief as the Court may deem proper.

Dated: 2/23/18

_____
STEVEN D. SILVERSTEIN
Attorney for Plaintiff

Complaint

CP10.5

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT

1. If you live here and you do not complete and submit this form, you may be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. You must file this form within 10 days of the date of service listed in the box on the right hand side of this form.
   - **Exception:** If you are a tenant being evicted after your landlord lost the property to foreclosure, the 10-day deadline does not apply to you and you may file this form at any time before judgment is entered.
3. If you file this form, your claim will be determined in the eviction action against the persons named in the complaint.
4. If you do not file this form, you may be evicted without further hearing.
5. If you are a tenant being evicted due to foreclosure, you have additional rights and should seek legal advice immediately.

PLAINTIFF OR ATTORNEY'S NAME, STATE BAR NUMBER & ADDRESS                 TELEPHONE NO.

FOR COURT USE ONLY

ATTORNEY FOR (Name)

NAME OF COURT: West Covina Courthouse
STREET ADDRESS: 140 West Covina Parkway
MAILING ADDRESS:
CITY AND ZIP CODE: West Covina, CA 91790
BRANCH NAME: East Judicial District
Plaintiff: Mills Road Holdings, Inc.
Defendant: Dennis Rodriguez; Paloma Rodriguez

## PREJUDGMENT CLAIM OF RIGHT TO POSSESSION

CASE NUMBER:

Complete this form only if ALL of these statements are true:
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the subject premises on or before the date the unlawful detainer (eviction) complaint was filed. (The date is in the accompanying Summons and Complaint.)
3. You still occupy the subject premises.

(To be completed by the process server)
DATE OF SERVICE:
(Date that form is served or delivered, posted, and mailed by the officer or process server)

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is (specify):

2. I reside at (street address, unit no., city and ZIP code):

3. The address of "the premises" subject to this claim is (address):

4. On (insert date) _____ the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. (This date is in the accompanying Summons and Complaint.)

5. I occupied the premises on the date the complaint was filed (the date in item 4). I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed (the date in item 4).

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed (the date in item 4).

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. (Filing fee) I understand that I must go to the court and pay a filing fee of $ _____ or file with the court an "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file this form for waiver of court fees, I will not be entitled to make a claim of right to possession.

(Continued on reverse)

PREJUDGMENT CLAIM OF RIGHT TO POSSESSION

CEB Essential Forms
ceb.com

CP10.5

Plaintiff:

Defendant:

11  If my landlord lost this property to foreclosure, I understand that I can file this form at any time before judgment is entered, and that I have additional rights and should seek legal advice.

12  I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

> NOTICE: If you fail to file this claim, you will be evicted without further hearing.

13.  Rental agreement. I have *(check all that apply to you)*:
   a. ☐ an oral or written rental agreement with the landlord.
   b. ☐ an oral or written rental agreement with a person other than the landlord.
   c. ☐ an oral or written rental agreement with the former owner who lost the property to foreclosure.
   d. ☐ other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

> WARNING: Perjury is a felony punishable by imprisonment in the state prison.

Date:

▷ _____

TYPE OR PRINT NAME                                    SIGNATURE OF CLAIMANT

> NOTICE:  If you file this claim to possession, the unlawful detainer action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

## - NOTICE TO OCCUPANTS -

**YOU MUST ACT AT ONCE** If all the following are true:
   1. You are NOT named in the accompanying Summons and Complaint
   2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.
   3. You still occupy the premises.

You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on this form) at the court where the unlawful detainer (eviction) complaint was filed. If you are a tenant and your landlord lost the property you occupy through foreclosure, this 10-day deadline does not apply to you. You may file this form at any time before judgment is entered. You should seek legal advice immediately.

If you do not complete and submit this form (and pay a filing fee or file a fee waiver form if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you may be evicted without a hearing.*

PREJUDGMENT CLAIM OF RIGHT TO POSSESSION

Page two

CEB Essential Forms

# THREE/NINETY DAY NOTICE TO QUIT

(Foreclosure Holdover - C.C.P. 1161a)

TO: *Dennis & Palama Rodriguez*

and DOES 1 to 5 inclusive, all occupants and any other persons in possession of the premises known as:

*21227 Granite Wells Drive, Walnut 91789* ___ PLEASE TAKE NOTICE THAT WITHIN THREE (3) DAYS after the service on you of this notice, you are hereby required to quit, vacate, remove, surrender and deliver up possession of the above described premises to the undersigned who is authorized to receive same. If you fail to quit possession of the premises within the three (3) days allowed by law, the undersigned will institute legal proceedings against you to recover possession of said premises, recover holdover damages, treble and statutory damages and the cost of the suit.

THIS NOTICE is given pursuant to Section 1161a of the California Code of Civil Procedure.

You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit or legal obligations.

IF YOU ARE A TENANT, YOU AND ALL PERSONS IN POSSESSION

ARE HEREBY NOTIFIED that the tenancy under which you occupy the premises shall end ninety (90) days after the date of service of copy of this notice upon you and you are required to quit and deliver up possession of the premises to the undersigned on or before that date.

IF YOU FAIL TO DO SO, legal proceedings will be instituted against you for possession
of the premises, for forfeiture of the rental agreement and for such monetary damages as may be allowed by law.

Dated this   day of *February 12*, 201*8*

OWNER
*Wills Road Holdings Inc*

## NOTICE TO ANY RENTERS LIVING AT

_____ 21227 Granite Wells Drv Walnut 91789_____

The attached notice says that your home was recently sold in foreclosure and the new owner plans to evict you.

You should talk to a lawyer now to see what your rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and simply move out.

Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it.

You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

## HOW TO GET LEGAL HELP

If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

This cover sheet is being provided in accordance with California Code of Civil Procedure 415.46.

NOTE TO LANDLORD: The content of this cover sheet is statutorily prescribed and does not necessarily reflect the new owner's plans.

## VERIFICATION

STATE OF CALIFORNIA  COUNTY OF [illegible]

I have read the foregoing [illegible] SUMMONS AND COMPLAINT [illegible] and know its contents.

## CHECK APPLICABLE PARAGRAPHS

I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

I am ☐ an Officer ☐ a partner _____ ☒ a [illegible] [illegible] of THE [illegible]

[illegible] COMPANY _____ a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. ☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. ☐ The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

I am one of the attorneys for _____ a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on _____ February 23 2016 _____ at [illegible] _____ California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

SPENCER IVAN G

_____
Type or Print Name

## PROOF OF SERVICE
[illegible]

STATE OF CALIFORNIA, COUNTY OF _____                                    State of California

I am employed in the county of _____

I am over the age of 18 and not a party to the within action; my business address is:

On _____ I served the foregoing document described as _____

_____ [illegible]

[illegible] by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list

[illegible] ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as follows:

BY MAIL _____ California.

☐ I deposited such envelope in the mail at _____

The envelope was mailed with postage thereon fully prepaid.

☐ As follows: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on _____ at _____ California.

☐ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

Executed on _____ at _____ California.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Type or Print Name

_____
Signature

# EXHIBIT B

DENNIS RODRIGUEZ ; PALOMA RODRIGUEZ

21227 GRANITE WELLS DR

WALNUT, CA 91789

Defendant, In Pro Per

SUPERIOR COURT OF CALIFORNIA

COUNTY OF LOS ANGELES, EAST JUDICIAL DISTRICT

| | |
|---|---|
| MILLS ROAD HOLDINGS INC | Case No.: 18CMUD00533 |
| Plaintiff, | ANSWER - UNLAWFUL DETAINER |
| vs. | |
| DENNIS RODRIGUEZ ; | |
| PALOMA RODRIGUEZ ; DOES 1 to 5 ; | Trial date: not set |

COMES NOW DEFENDANTS, DENNIS RODRIGUEZ ,PALOMA RODRIGUEZ ("this Answering Defendant") and each Defendant serving himself and herself from all other parties, and answers the Complaint in this unlawful detainer proceeding ("the Complaint") and alleges and plead as follow:

1. Pursuant to California Civil Procedure Code §§ 90, et seq. and § 431.30, subd.(d),

ANSWER - UNLAWFUL DETAINER

this Answering Defendant, and each of them, deny each and every allegation contained in the Complaint, and the wholes thereof.

2.    This Answering Defendant further denies that Plaintiff has sustained damages as alleged in the Complaint, or at all. As and for separate and affirmative defenses, this Answering Defendant further alleges and pleads as follows:

## FIRST AFFIRMATIVE DEFENSE

(Failure to state cause of action)

3.    The Complaint, and each cause of action therein alleged, fails to state facts sufficient to constitute a cause of action against this Answering Defendant, and each of them.

## SECOND AFFIRMATIVE DEFENSE

(Not entitled to relief)

4.    Plaintiff is not entitled to the relief sought in the prayer of the Complaint.

## THIRD AFFIRMATIVE DEFENSE

(Sale not in compliance with Cal. Civ. Code §§ 2924, et seq.)

5.    The sale alleged in the Complaint failed or neglected to comply with California Civil Code §§ 2924, et seq.

## FOURTH AFFIRMATIVE DEFENSE

(Defective sale)

6.    The sale alleged in the Complaint was not authorized, and a breach of the underlying deed of trust.

## FIFTH AFFIRMATIVE DEFENSE

(Unclean Hands)

7.    The Complaint, and each cause of action therein alleged, is barred by the doctrine of unclean hands.

///

///

///

ANSWER - UNLAWFUL DETAINER

///

WHEREFORE, this Answering Defendant, and each of them, pray judgment as follows:

1.    That the Complaint be forthwith dismissed;

2.    That Plaintiff take nothing by its Complaint, and that judgment thereon be entered against Plaintiff and in favor of this Answering Defendant, and each of them;

3.    For costs of suit herein incurred;

4.    For such other and further relief as this Court deems just and proper.

Respectfully submitted.

Dated: April    2018

DENNIS RODRIGUEZ
Defendant in proper

Dated: April    2018

PALOMA RODRIGUEZ
Defendant in proper

ANSWER - UNLAWFUL DETAINER

3

PROOF OF SERVICE

I am over the age of 18 and not a party to this action.

I am a resident of or employed in the county of Los Angeles ; my

Business/residence address is: 382 Crenshaw Blvd #81 Los Angeles, CA .

(ADDRESS OF PERSON SERVING PAPERS)

On April 13 , 2018 I served the foregoing document(s)

described as: Answer to Unlawful Detainer to the following parties:

STEVEN D SILVERSTEIN
ATTORNEY AT LAW
14351 Redhill Ave   Suite G
Tustin, CA   92780
714-832-3651
BAR NO: 86466

[ x ] (By U.S. Mail) I deposited such envelope in the mail at

Los Angeles , California with postage thereon fully

prepaid. I am aware that on motion of the party served,

service is presumed in valid in postal cancellation date or

postage meter date is more than one day after date of deposit

for mailing in affidavit.

[   ] (By Personal Service) I caused such envelope to be delivered

by hand via messenger service to the address above;

[   ] (By Facsimile) I served a true and correct copy by facsimile

during regular business hours to the number(s) listed above.

Said transmission was reported complete and without error.

I declare under penalty of perjury under the laws of the

State of California that the foregoing is true and correct.

DATED: April 13 , 2018

_____
(Signature)

Mark Saunders
_____
(Print)

ANSWER - UNLAWFUL DETAINER

DENNIS RODRIGUEZ ;

PALOMA RODRIGUEZ

21227 GRANITE WELLS DR

WALNUT, CA 91789

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MILLS ROAD HOLDINGS INC )
)
)
)
Plaintiff, )
)
)
vs. )
DENNIS RODRIGUEZ ; )
PALOMA RODRIGUEZ ; DOES 1 to 5 ; )
)
Defendant. )

Case No.:

**CERTIFICATION AND NOTICE OF INTERSTED PARTIES**
**(Local Rule 7.1-1)**

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for DENNIS RODRIGUEZ ; PALOMA RODRIGUEZ (or party appearing in pro se), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

- 1 -

Notice of Interested Parties

| PARTY | CONNECTION |
|---|---|

(List the names of all such parties and identify their connection and interest.)

1. MILLS ROAD HOLDINGS INC                    1. Plaintiff

2. DENNIS RODRIGUEZ                              2. Defendant
3. PALOMA RODRIGUEZ

Dated: 7/27/18

DENNIS RODRIGUEZ
Defendant in proper

PALOMA RODRIGUEZ
Defendant in proper

- 2 -

Notice of Interested Parties

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to his action. I reside in the City of **Los Angeles**, California; my home address is _____2201 crenshaw st # 901 Los Angeles ,CA

_____, California **90046**.

On the date below, I served a copy of the following document entitled:

**CIVIL COVER SHEET, NOTICE OF REMOVAL-FEDERAL QUESTION, CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

on all interested parties in said case addressed as follows:

```
STEVEN D  SILVERSTEIN
ATTORNEY AT LAW
14351 Redhill Ave. Suite G
Tustin, CA  92780
714-832-3651
BAR NO: 86466
```

**SERVICE BY MAIL:** By depositing the envelope on the date below for mailing with the United States Postal Service in  Los Angeles          , California, in sealed envelope(s) with postage fully paid thereon.

**FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am a resident of the City of **Orange**, State of California. This declaration is executed in   Los Angeles.

California, on **July 27, 2018**

Juan Alvarez

_____        _____
[Printed Name]                   [Signature of Declarant]

CERTIFICATION AND NOTICE OF INTERESTED PARTIES